1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   DAVID M. HUMISTON  Bar No. 90579
2  EDWARD A. STUMPP  Bar No. 157682
   801 South Figueroa Street, 19th Floor
3  Los Angeles, California 90017-5556
   Telephone: (213) 426-6900
4  Facsimile: (213) 426-6921
   david.humiston@sdma.com
5  edward.stumpp@sdma.com

6  Attorneys for Defendant UNITED HEALTHCARE INSURANCE
   COMPANY erroneously sued as UNITED HEALTH CARE
7  HEALTH INSURANCE COMPANY

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10
                              C  07  3639  EDL
11  JACK HANNA,                  CASE NO.

12         Plaintiff,            (State Court Case No. CGC-07-463743)

13     v.                        **NOTICE OF REMOVAL OF ACTION
                                 UNDER 28 U.S.C. § 1331 AND 1441(a)**
14  CITY AND COUNTY OF SAN
    FRANCISCO; SAN FRANCISCO     [Filed concurrent with Certificate of Interested
15  GENERAL HOSPITAL; UNITED     Parties and Notice of Related Cases]
    HEALTH CARE HEALTH INSURANCE
16  COMPANY; and DOES 1-25, inclusive,

17         Defendants.

18

19

20         TO THE CLERK OF THE ABOVE-ENTITLED COURT:

21         PLEASE TAKE NOTICE that defendant United Health Care Health Insurance Company

22  hereby removes to this court the state action described below.

23         1.     On May 28, 2007, an action was commenced in the Superior Court of the State of

24  California in and for the County of Los Angeles, entitled *Jack Hanna v. City and County of San*

25  *Francisco; San Francisco General Hospital; United Health Care Health Insurance Company*

26  *and Does 1 to 25, inclusive*, as case number CGC-07-463743. A copy of the complaint is

27  attached hereto as Exhibit "A."

28         2.     The first date upon which United Healthcare Insurance Company ("United

                              -1-
                    NOTICE OF REMOVAL OF ACTION

1   Healthcare") received a copy of such complaint was June 18, 2007, when United Healthcare was

2   served with the complaint and a summons through its agent for service of process. Attached

3   hereto as Exhibit "B" is a copy of the summons served on United Healthcare.

4       3.     To the best of United Healthcare's knowledge, the co-defendant the City and

5   County of San Francisco was served on June 14, 2007 but has not responded to the complaint

6   and does not object to the removal of this action. Co-defendant will be filing a consent to this

7   matter being removed. See declaration of Edward A. Stumpp filed herewith. (hereinafter,

8   "Stumpp Decl.")

9       4.     This notice of removal is filed with this Court within 30 days of the date United

10   Healthcare first received a copy of the Complaint in this action.

11       5.     This action is a civil action of which this court has original jurisdiction under 28

12   U.S.C. section 1331, and is one that may be removed to the United States District Court for the

13   district where such action is pending pursuant to the provisions of 28 U.S.C. section 1441(a).

14       6.     This is a civil action over which this Court has original jurisdiction under 28

15   U.S.C. sections 1331, and is one which may be removed to this Court pursuant to 28 U.S.C.

16   section 1441(a) because the action arises under the Employee Retirement Income Security Act of

17   1974 (hereinafter, "ERISA"), 29 U.S.C. section 1001, et seq., in that the Complaint shows that

18   the benefits sought to be recovered were provided through an employee welfare benefit plan as

19   that term is defined in ERISA, and the evidence establishes that the plan was sponsored and

20   endorsed by plaintiff's employer, that the employer was a policyholder, and that the employer

21   was involved in plan administration and management. See Complaint ¶¶ 4 and 6 and Declaration

22   of Christina Stecki, filed concurrently herewith.

23

24

25

26

27

28

-2-
NOTICE OF REMOVAL OF ACTION

1   DATED: July 11, 2007              SEDGWICK, DETERT, MORAN & ARNOLD LLP

2

3
                                   By:_____
4                                        David M. Humiston
                                         Edward A. Stumpp
5                                        Attorneys for Defendant
                                         UNITED HEALTHCARE INSURANCE
6                                        COMPANY erroneously sued as UNITED HEALTH
                                         CARE HEALTH INSURANCE COMPANY
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT A**

ENDORSED
FILED
SAN FRANCISCO COUNTY
SUPERIOR COURT

2007 MAY 28  PM 8: 47

GORDON PARK - LI, CLERK

Deborah Steppe
BY:_____ CASE MANAGEMENT CONFERENCE,
DEPUTY CLERK

OCT 2 6 2007 -9:9 A

DEPARTMENT 212

1  LAW OFFICE OF NORMAN NEWHOUSE
   NORMAN NEWHOUSE, No. 104746
2  495 Seaport Court, Suite 103
   Redwood City, CA 94063
3  Telephone: 650-365-8534
   Facsimile: 650-365-1218
4
   Attorney for Plaintiff
5  JACK HANNA

6

7

8                  SUPERIOR COURT FOR THE STATE OF CALIFORNIA

                       IN AND FOR THE COUNTY OF SAN FRANCISCO
9

10

11  JACK HANNA,                              )   Case No. 0 8 0 - 0 7 - 4 6 3 7 4 3

12            Plaintiffs,                     )   COMPLAINT FOR INDEMNITY,
                                             )   DECLARATORY RELIEF, DAMAGES
13            v.                             )   FOR BREACH OF CONTRACT, FRAUD,
                                             )   BREACH OF THE INSUREER'S
14  CITY AND COUNTY OF SAN                    )   COVENANT OF GOOD FAITH AND
    FRANCISCO, SAN FRANCISCO                  )   FAIR DEALING, PUNITIVE DAMAGES
15  GENERAL HOSPITAL, UNITED                  )
    HEALTH CARE HEALTH INSURANCE             )
16  COMPANY and DOES 1 to 25, inclusive,     )
                                             )
17            Defendants.                     )

18  _____ )

19       Plaintiff alleges:

20                         __JURISDICTIONAL ALLEGATIONS__

21       1.     Plaintiff Jack Hanna is an individual residing in the County of San Mateo, State of

22  California.  Plaintiff was insured at all times mentioned herein under a policy of insurance, policy

23  number 901715891, with defendant United Health Care Health Insurance Company selling health

24  insurance in California.

25       2.     Defendant City and County of San Francisco is a California municipality operating San

26  Francisco General Hospital where Plaintiff received medical treatment.

27  ///

28

Complaint for Indemnity, Declaratory Relief, Damages for Breach of Contract, Fraud, Breach of the Insureer's Covenant
of Good Faith and Fair Dealing, Punitive Damages                                                              1

1      3.      The true names and capacities, whether individual, corporate, associate, co-

2   conspirators, or otherwise, of defendants does 1 through 25, inclusive, are currently unknown to

3   Plaintiff who therefore sues those Defendants by fictitious names and will amend his complaint to

4   show the true names and capacities of the Doe Defendants when ascertained.  Plaintiff is informed

5   and believes, and therefore alleges, that each of the Doe Defendants is and was legally responsible to

6   Plaintiff for the events, omissions, and happenings alleged herein by way of direct, vicarious or co-

7   conspirator liability.

8                              **OCCURRENCE ALLEGATIONS**

9      4.      At all times mentioned herein Plaintiff was insured by defendant United Healthcare,

10  policy number 901715891 for medical treatment.

11     5.      The policy, among other coverages and agreements provided, included an obligation

12  by United healthcare to pay for medical treatment Plaintiff received on July 17, 2004 at San Francisco

13  General Hospital.  The cost of the San Francisco General Hospital treatment was $8,726.00.

14     6.      On July 17, 2004, the United Health Care policy was in force but United Health Care

15  has refused and continues to refuse to pay the medical bill Plaintiff incurred at San Francisco General

16  Hospital on that date.

17     7.      Both Plaintiff and the San Francisco General have tendered the medical bill to United

18  Health Care.  United Health Care has based its refusal to pay the medical bill on an alleged policy

19  provision stating that the medical bill must be presented to it within one year of it being incurred.

20     8.      Plaintiff provided San Francisco General with his United Health Care insurance card

21  when he was a patient there on July 17, 2004.  Plaintiff does not know if or why San Francisco

22  General, if it did not, failed, if fail it did, to present his medical bill to United Health Care within the

23  one-year time.

24     9.      Plaintiff did not actually know of, and had no constructive knowledge or notice and

25  opportunity to investigate and remedy, the dispute between San Francisco General and United Health

26  Care until after the one-year time period in which to present the medical bill to United Health Care

27  had already expired.

28

Complaint for Indemnity, Declaratory Relief, Damages for Breach of Contract, Fraud, Breach of the Insureer's Covenant
of Good Faith and Fair Dealing, Punitive Damages                                                    2

## DAMAGES ALLEGATIONS

10.   Plaintiff hereby re-alleges and incorporates by reference herein as if fully set forth, Paragraphs 1 through 9 of this Complaint.

11.   Plaintiff is damaged in the amount of the $8,726.00 San Francisco General medical bill and for all costs and attorneys fees accrued in enforcing his contract rights against Defendants.

12.   As a proximate result of the acts of Defendants, Plaintiff was injured in his health, strength and activity, sustaining injury to his body and shock and injury to his nervous system and person and, among others, sustained emotional and physical distress, highly unpleasant emotional reactions, including fright, shock, nervousness, anxiety, worry, horror, grief, mortification, humiliation, embarrassment, indignity, apprehension, fear and terror, all of which injuries have caused Plaintiff to suffer extreme and severe physical pain and mental anguish. These injuries will result in some permanent disability to Plaintiff all to his general damages in a sum unknown at this time.

## FIRST CAUSE OF ACTION

### FOR BREACH OF CONTRACT

11.   Plaintiff re-alleges and incorporates by reference each and every allegations made in paragraphs 1 through 10, inclusive.

12.   Defendants have breached the policy of insurance by declining to provide Plaintiff benefits under the policy.

13.   Plaintiff has performed all tasks required of him pursuant to the contract.

14.   Beginning after July 17, 2005 and repeatedly thereafter Defendants have further breached the contract of insurance by refusing Plaintiffs' repeated tenders and demands for benefits under the policy.

## SECOND CAUSE OF ACTION

### FOR BAD FAITH AND PUNITIVE DAMAGES

15.   Plaintiff re-alleges and incorporates by reference each and every allegations made in paragraphs 1 through 14, inclusive.

///

Complaint for Indemnity, Declaratory Relief, Damages for Breach of Contract, Fraud, Breach of the Insureer's Covenant of Good Faith and Fair Dealing, Punitive Damages

3

5

16.     In acting as alleged, Defendants, and each of them have unreasonably withheld from Plaintiff the benefits of the insurance policy without proper cause. Defendants, and each of them, have thereby breached the implied covenant with Plaintiff to act fairly and to deal in good faith. By reason of said breach, Plaintiff has incurred attorney's fees and litigation costs necessary to prove that he is entitled to coverage under the policy.

17.     The unreasonable withholding of Plaintiff's benefits under the policy without proper cause, as described, is based on Defendant's refusal to provide Plaintiff benefits under the policy for some reason unknown to Plaintiff. Defendants have been informed repeatedly of the occurrences and tender for policy benefits under the policy and have unreasonably continued to refuse Plaintiff benefits to which he is entitled.

18.     In acting as alleged, Defendants, and each of them, have engaged in conduct which is malicious, fraudulent, despicable, willful, oppressive, reckless and in conscious disregard of the rights of Plaintiff so as to justify the award of exemplary and punitive damages against Defendants.

### THIRD CAUSE OF ACTION

### FOR NEGLIGENT MISREPRESENTATION AND CONCEALMENT

19.     Plaintiff hereby re-alleges and incorporates by reference herein as if fully set forth, Paragraphs 1 through 18 of this Complaint.

20.     Defendant San Francisco General failed to comply with United Health Care policy provision that its medical bill be presented within one year. Defendant San Francisco General Hospital had superior knowledge and ability and information of health care insurer occurs billing requirements.

21.     Plaintiff had no knowledge or reason to know of the one-year billing requirement. Plaintiff reasonably relied upon Defendant San Francisco General Hospital's express and/or implied representation that it would present the billing to United Health Care in compliance with the provisions of the policy.

///

///

Complaint for Indemnity, Declaratory Relief, Damages for Breach of Contract, Fraud, Breach of the Insureer's Covenant of Good Faith and Fair Dealing, Punitive Damages                                                    4

1    22.    Defendant San Francisco General Hospital misrepresented, concealed or suppressed

2  from Plaintiff the above alleged material facts that it was bound to disclose. Defendant San Francisco

3  General instead represented to Plaintiff that it would deal directly with United Health Care in billing

4  and receiving payment for Plaintiff's medical treatment there. Defendant San Francisco General

5  Hospital had no reasonable grounds for believing in misrepresentation and concealment was true.

6  Plaintiff did not know the misrepresentations and concealments were false and believed they were

7  true. Plaintiff acted in justifiable reliance upon the truth of the representations.

8                    **FOURTH CAUSE OF ACTION**

9                    **FOR COMMON COUNTS**

10    23.    Plaintiff hereby re-alleges and incorporates by reference herein as if fully set forth,

11  Paragraphs 1 through 22 of this Complaint.

12    24.    Within the last four years Defendant United Health Care became indebted to Plaintiff

13  for money had and received for the use and benefit of Plaintiff for services rendered to Plaintiff for

14  which Defendant promised to pay in the sum of $8,726.00, said amount being the reasonable value

15  due and unpaid despite Plaintiffs demand, plus prejudgment interest according to proof at the

16  statutory rate.

17                    **FIFTH CAUSE OF ACTION**

18              **FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

19    25.    Plaintiff hereby re-alleges and incorporates by reference herein as though fully set

20  forth, paragraphs 1 through 24 of this complaint.

21    26.    Defendants and each of them engaged in conduct that was outrageous and either

22  intended to cause Plaintiff emotional distress or with reckless disregard of the probability that Plaintiff

23  would suffer emotional distress, that Defendants knew or should have known that Plaintiff would

24  suffer emotional distress. Plaintiff did suffer severe emotional distress, still suffers emotional distress.

25  Defendants' conduct was a substantial factor in causing Plaintiffs severe emotional distress.

26  ///

27  ///

28

Complaint for Indemnity, Declaratory Relief, Damages for Breach of Contract, Fraud, Breach of the Insureer's Covenant
of Good Faith and Fair Dealing, Punitive Damages                                                    5

1      27.    Defendant's conduct was so extreme that it went beyond all possible bounds of

2 decency. A reasonable person in the community would regard the conduct as intolerable in a civilized

3 community.

4      28.    Defendants abused their positions of authority, positions that gave them real and

5 apparent power to affect Plaintiff's and the interests and knew or should have known that their

6 conduct would likely result in emotional and mental harm to Plaintiff.

**SIXTH CAUSE OF ACTION**

**FOR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

9      29.    Plaintiff hereby re-alleges and incorporates by reference herein as though fully set

10 forth, paragraphs 1 through 28 of this complaint.

11      30.    Defendants' conduct was negligent. Plaintiff suffered serious emotional distress due to

12 Plaintiff's conduct. Defendants negligence was a substantial factor in causing Plaintiffs serious

13 emotional distress.

**SEVENTH CAUSE OF ACTION**

**FOR DECLARATORY RELIEF**

16      31.    Plaintiff hereby re-alleges and incorporates by reference herein as if fully set forth,

17 Paragraphs 1 through 30 of this Complaint.

18      32.    Plaintiff seeks declaratory relief pursuant to §1060 of the California Code of Civil

19 Procedure for a judicial determination of the rights and duties of Plaintiff and Defendants with respect

20 to an actual controversy arising under the insurance policy.

21      33.    An actual controversy exists between and among Plaintiff and Defendants concerning

22 their respective rights and obligations as to coverage under the policy.

23      34.    Plaintiff contends and desires a judicial determination and declaration that Defendant

24 United Health Care owes Plaintiff insurance coverage under the policy and have a duty to reimburse

25 Plaintiff for all sums he is paid to establish coverage under the policy.

26 ///

27 ///

28

Complaint for Indemnity, Declaratory Relief, Damages for Breach of Contract, Fraud, Breach of the Insurer's Covenant
of Good Faith and Fair Dealing, Punitive Damages      6

*8*

35.    Plaintiff further contends that Defendant San Francisco General failed in its duty to Plaintiff to comply with United Health Care policy requirement that its medical bill be presented within one year.  Defendant San Francisco General Hospital had superior knowledge and ability and information of health care insurer occurs billing requirements.  Plaintiff had no knowledge or reason to know of the one-year billing requirement.  Plaintiff reasonably will relied upon Defendant San Francisco General Hospital's express and/or implied representation that it would present the billing to United Health Care in compliance with the provisions of the policy.

36.    Plaintiff is informed and believes and on that basis alleges that the contentions of Defendants concerning the parties' respective rights and obligations as to coverage under the policy are in conflict with Plaintiff's contentions and desires a judicial termination of the respective rights and duties and the Court's declaration that the Plaintiff's contentions as set forth above are correct.

37.    Such a declaration is necessary and proper at this time in order that all parties will be bound by the same interpretation of the insurance policy and may determine their rights and obligations among themselves so as to avoid the multiplicity of legal actions that would otherwise be necessary.

38.    By forcing Plaintiff to pursue his insurance coverage through this litigation Defendants have obligated themselves as a matter of law to pay attorney's fees and other expenses incurred by Plaintiff in this action.  These expenses are payable in addition to the limits of the policy.  Plaintiff will continue to in cover fees and expenses in this action and said it amounts are expected to increase substantially by the time of trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1.    For general damages;

2.    For attorney's fees from date of first tender;

3.    For punitive damages against United Healthcare Only;

4.    For costs of suit herein;

5.    For interest from date of first tender;

*9*

1    6.    For declaratory relief, and

2    7.    For all such other and further relief as the Court may deem proper.

3

4

5

6    Dated: May 23, 2007

7                                    NORMAN NEWHOUSE
                                     Attorney for Plaintiff JACK HANNA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Complaint for Indemnity, Declaratory Relief, Damages for Breach of Contract, Fraud, Breach of the Insureer's Covenant
of Good Faith and Fair Dealing, Punitive Damages                                                    8