1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   DAVID M. HUMISTON  Bar No. 90579
2  EDWARD A. STUMPP  Bar No. 157682
   801 South Figueroa Street, 19th Floor
3  Los Angeles, California 90017-5556
   Telephone: (213) 426-6900
4  Facsimile: (213) 426-6921
   david.humiston@sdma.com
5  edward.stumpp@sdma.com

6  Attorneys for Defendant UNITED HEALTHCARE INSURANCE
   COMPANY erroneously sued as UNITED HEALTH CARE
7  HEALTH INSURANCE COMPANY

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        C 07 3639 EDL

11 JACK HANNA,                          CASE NO.

12      Plaintiff,                      (State Court Case No. CGC-07-463743)

13      v.                              **DECLARATION OF EDWARD A.
                                        STUMPP IN SUPPORT OF PETITION
14 CITY AND COUNTY OF SAN               FOR REMOVAL**
   FRANCISCO; SAN FRANCISCO
15 GENERAL HOSPITAL; UNITED
   HEALTH CARE HEALTH INSURANCE
16 COMPANY; and DOES 1-25, inclusive,

17      Defendants.

18

19

20      I, EDWARD A. STUMPP, declare:

21      1.   I am an attorney licensed to practice before all of the courts of the State of

22 California and am an associate at the law firm of Sedgwick, Detert, Moran & Arnold, attorneys

23 of record for UNITED HEALTH CARE INSURANCE COMPANY ("UNITED").

24      2.   I am one of the attorneys responsible for the handling of this file and, in this

25 capacity, have personal knowledge of the facts set forth in this declaration. If called as a witness,

26 I would testify as set forth herein.

27      3.   This declaration is made in support of defendant UNITED's Petition for Removal

28      4.   Attached hereto is a true and accurate copy of the proof of service I executed on

1  June 18, 2007 acknowledging receipt of the complaint on behalf of UNITED.

2      5.    The City and County of San Francisco was apparently served on June 14, 2007
3  but has not yet entered an appearance in the action. Our office has spoken with the counsel for
4  the City and County of San Francisco who has advised us that it does not object to the removal
5  of this matter as federal subject matter exists and the City and County of San Francisco will be
6  filing a notice of consent to the removal of this action.

7      6.    I declare under penalty of perjury under the laws of the State of California that the
8  foregoing is true and correct and that this declaration was executed on this 16th day of July,
9  2007, at Los Angeles, California.

                                                  Edward A. Stumpp

LA/696352v1

-2-
DECLARATION OF EDWARD A. STUMPP