SEDGWICK, DETERT, MORAN & ARNOLD LLP
DAVID M. HUMISTON  Bar No. 90579
EDWARD A. STUMPP  Bar No. 157682
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921
david.humiston@sdma.com
edward.stumpp@sdma.com

Attorneys for Defendant UNITED HEALTHCARE INSURANCE COMPANY erroneously sued as UNITED HEALTH CARE HEALTH INSURANCE COMPANY

FILED
07 JUL 16 PM 1:04
RICHARD W. WIEKING
U.S. DISTRICT COURT
N.D. OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK HANNA,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO GENERAL HOSPITAL; UNITED HEALTH CARE HEALTH INSURANCE COMPANY; and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO. C 07 3639<br><br>(State Case No. CGC-07-463743)<br><br>**NOTICE OF RELATED CASES**  EDL |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

In connection with its Notice of Removal of Action pursuant to 28 U.S.C. §§ 1331, 1441(a), (b) and 1446, defendant, United Health Care Health Insurance Company, knows of no action previously filed or currently pending in the Northern District which appears to arise from the same or substantially identical transactions, happenings or events and/or which otherwise meets the criteria for related cases as set forth in Northern District Local Rule 3-12.

DATED: July 11, 2007                    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:_____
David M. Humiston
Edward A. Stumpp
Attorneys for Defendant
UNITED HEALTHCARE INSURANCE COMPANY erroneously sued as UNITED HEALTH CARE HEALTH INSURANCE COMPANY