1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   DAVID M. HUMISTON  Bar No. 90579
2  EDWARD A. STUMPP  Bar No. 157682
   801 South Figueroa Street, 19th Floor
3  Los Angeles, California 90017-5556
   Telephone: (213) 426-6900
4  Facsimile: (213) 426-6921
   david.humiston@sdma.com
5  edward.stumpp@sdma.com

6  Attorneys for Defendant UNITED HEALTHCARE INSURANCE
   COMPANY erroneously sued as UNITED HEALTH CARE
7  HEALTH INSURANCE COMPANY

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

                                    CASE NO. **C 07 3639**
11 JACK HANNA,

12        Plaintiff,                (State Case No. CGC-07-463743)

13     v.                          **CERTIFICATE OF INTERESTED**
                                    **PARTIES**
14 CITY AND COUNTY OF SAN
   FRANCISCO; SAN FRANCISCO
15 GENERAL HOSPITAL; UNITED
   HEALTH CARE HEALTH INSURANCE
16 COMPANY; and DOES 1-25, inclusive,

17        Defendants.

18         TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19         The undersigned, Edward A. Stumpp, counsel of record for Defendant, United Health

20 Care Health Insurance Company, certifies that the following listed parties have a direct,

21 pecuniary interest in the outcome of this case.  These representations are made to enable the

22 Court to evaluate possible disqualification or recusal.

23         None other than the named parties to this action.

24 DATED: July 11, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

25
                                By: _____
26                                  David M. Humiston
                                    Edward A. Stumpp
27                                  Attorneys for Defendant UNITED HEALTHCARE
                                    INSURANCE COMPANY erroneously sued as UNITED
28                                  HEALTH CARE HEALTH INSURANCE COMPANY

                              -1-
                CERTIFICATE OF INTERESTED PARTIES