1  DENNIS J. HERRERA, State Bar # 139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  LEONOR NOGUEZ, State Bar #152905
   Deputy City Attorney
4  1390 Market Street, Fox Plaza, 6th Floor
   San Francisco, California 94102
5  Telephone: (415) 554-3854
   Facsimile: (415) 554-3837
6  leonor.noguez@sfgov.org

7  Attorneys for Defendant
   CITY AND COUNTY OF SAN FRANCISCO,
8  SAN FRANCISCO GENERAL HOSPITAL

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK HANNA, | CASE NO. 07-3639 EDL |
| Plaintiff, | NOTICE OF CONSENT TO REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO GENERAL HOSPITAL; UNITED HEALTH CARE HEALTH INSURANCE COMPANY; AND DOES 1-25, INCLUSIVE, | [Originally San Francisco County Superior Court, Case Number CGC-07-463743] |
| Defendants. | |

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO THE CLERK OF THAT COURT:

PLEASE TAKE NOTICE that defendants City and County of San Francisco and San Francisco General Hospital hereby consent to removal of the above-described action from the Superior Court of California, County of San Francisco, to the United States District Court for the

-1-                                                            CASE NO.

1 | Northern District of California without conceding the existence of federal removal jurisdiction or
2 | the viability of any legal claims against the City and County of San Francisco or San Francisco
3 | General Hospital, in this action.

DATED: July 16, 2007

By: _____
Leonor Noguez, Deputy City Attorney
Attorneys for Defendants, City and County of San Francisco, San Francisco General Hospital