| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | DAVID M. HUMISTON  Bar No. 90579 |
| 2 | EDWARD A. STUMPP  Bar No. 157682 |
| | 801 South Figueroa Street, 19th Floor |
| 3 | Los Angeles, California 90017-5556 |
| | Telephone: (213) 426-6900 |
| 4 | Facsimile: (213) 426-6921 |
| | david.humiston@sdma.com |
| 5 | edward.stumpp@sdma.com |
| 6 | Attorneys for Defendant UNITED HEALTHCARE INSURANCE |
| | COMPANY erroneously sued as UNITED HEALTH CARE |
| 7 | HEALTH INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | JACK HANNA, | CASE NO. C 07 3639 EDL |
| 12 | Plaintiff, | (State Court Case No. CGC-07-463743) |
| 13 | v. | **CERTIFICATE OF SERVICE OF NOTICE OF REMOVAL OF STATE COURT ACTION TO FEDERAL COURT** |
| 14 | CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO GENERAL HOSPITAL; UNITED HEALTH CARE HEALTH INSURANCE COMPANY; and DOES 1-25, inclusive, | |
| 17 | Defendants. | |

I, Andrea Mackenzie, declare as follows:

I am a resident of the State of California, over the age of eighteen (18) years and am not a party to this action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105.

On July 17, 2007, I deposited in the United States mail at San Francisco, California, a copy of the documents listed below:

- Notice of Removal of Action Under 28 U.S.C. § 1331 and 1442(a);
- Civil Cover Sheet;
- Declaration of Edward A. Stumpp in Support of Petition for Removal;
- Declaration of Christina Stecki in Support of Petition for Removal;

1. • Certificate of Interested Parties;
2. • Notice of Related Cases;
3. • Notice of Consent to Removal of Civil Action to United States District Court for the Northern District of California;
4. • Order Setting Initial Case Management Conference and ADR Deadlines;
5. • Welcome to the U.S. District Court, San Francisco (guidelines);
6. • U.S. District Court Northern California – ECF Registration Information Handout; and
7. • Notice of Assignment of Case to A United States Magistrate Judge for Trial

The above-listed documents were sent to plaintiff's counsel, addressed to Norman Newhouse, Esq., Law Office of Norman Newhouse, 495 Seaport Court, Suite 103, Redwood City, California 94063.

I declare under penalty of perjury that the foregoing is true and correct and executed on July 17, 2007 at San Francisco, California.

*Andrea Mackenzie*
Andrea Mackenzie