1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   DAVID M. HUMISTON  Bar No. 90579
2  EDWARD A. STUMPP  Bar No. 157682
   801 South Figueroa Street, 19th Floor
3  Los Angeles, California 90017-5556
   Telephone: (213) 426-6900
4  Facsimile: (213) 426-6921
   david.humiston@sdma.com
5  edward.stumpp@sdma.com

6  Attorneys for Defendant UNITED HEALTHCARE INSURANCE
   COMPANY erroneously sued as UNITED HEALTH CARE
7  HEALTH INSURANCE COMPANY

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  JACK HANNA,                          CASE NO. C 07 3639 EDL

12         Plaintiff,                    (State Court Case No. CGC-07-463743)

13     v.                                **CERTIFICATE OF SERVICE OF NOTICE
                                         OF REMOVAL OF STATE COURT
14  CITY AND COUNTY OF SAN               ACTION TO FEDERAL COURT**
    FRANCISCO; SAN FRANCISCO
15  GENERAL HOSPITAL; UNITED
    HEALTH CARE HEALTH INSURANCE
16  COMPANY; and DOES 1-25, inclusive,

17         Defendants.

18

19         I, Andrea Mackenzie, declare as follows:

20         I am a resident of the State of California, over the age of eighteen (18) years and am not a

21  party to this action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One

22  Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105.

23         On July 20, 2007, I deposited in the United States mail at San Francisco, California, a

24  copy of the documents listed below:

25         • Notice of Removal of Action Under 28 U.S.C. § 1331 and 1442(a);

26         • Civil Cover Sheet;

27         • Declaration of Edward A. Stumpp in Support of Petition for Removal;

28         • Declaration of Christina Stecki in Support of Petition for Removal;

SF/1431316v1                              -1-                  CASE NO. C 07 3639 EDL
                                  CERTIFICATE OF SERVICE

1  • Certificate of Interested Parties;
2  • Notice of Related Cases;
3  • Notice of Consent to Removal of Civil Action to United States District Court for
4  the Northern District of California;
5  • Order Setting Initial Case Management Conference and ADR Deadlines;
6  • Welcome to the U.S. District Court, San Francisco (guidelines);
7  • U.S. District Court Northern California – ECF Registration Information Handout;
8  and
9  • Notice of Assignment of Case to A United States Magistrate Judge for Trial

10  The above-listed documents were sent to plaintiff's counsel, addressed to Dennis J. Herrera, Joanne Hoeper, Leonor Noguez, 1390 Market Street, Fox Plaza, 6th Floor, San Francisco, California 94102.

I declare under penalty of perjury that the foregoing is true and correct and executed on July 20, 2007 at San Francisco, California.

_____
Andrea Mackenzie