SEDGWICK, DETERT, MORAN & ARNOLD LLP
DAVID M. HUMISTON  Bar No. 90579
EDWARD A. STUMPP  Bar No. 157682
801 South Figueroa Street, 19th Floor
Los Angeles, California 90017-5556
Telephone: (213) 426-6900
Facsimile: (213) 426-6921
david.humiston@sdma.com
edward.stumpp@sdma.com

SEDGWICK, DETERT, MORAN & ARNOLD LLP
DENNIS G. ROLSTAD  Bar No. 150006
JAMISON NARBAITZ  Bar No. 219339
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105
Telephone:  (415) 781-7900
Facsimile:  (415) 781-2635
dennis.rolstad@sdma.com
jamison.narbaitz@sdma.com

Attorneys for Defendant UNITED HEALTHCARE INSURANCE COMPANY erroneously sued as UNITED HEALTH CARE HEALTH INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK HANNA,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO GENERAL HOSPITAL; UNITED HEALTH CARE HEALTH INSURANCE COMPANY; and DOES 1-25, inclusive,<br><br>  Defendants. | CASE NO. C 07 3639 EDL<br><br>**DEFENDANT UNITED HEALTHCARE INSURANCE COMPANY'S STATEMENT OF NON-CONSENT TO ASSIGNMENT TO A MAGISTRATE JUDGE** |

1  Defendant United Healthcare Insurance Company respectfully declines to consent to
2  assignment of this case to a Magistrate Judge, and requests that the case be reassigned to a
3  District Court Judge.

4  DATED: July 23, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

6  By: _____/s/_____
   DENNIS G. ROLSTAD
7  Attorneys for Defendant
   UNITED HEALTHCARE INSURANCE COMPANY
8  erroneously sued as United HEALTH CARE HEALTH
   INSURANCE COMPANY