LAW OFFICE OF NORMAN NEWHOUSE
NORMAN NEWHOUSE, No. 104746
495 Seaport Court, Suite 103
Redwood City, CA 94063
Telephone: 650-365-8534
Facsimile: 650-365-1218

Attorney for Plaintiff
JACK HANNA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK HANNA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO GENERAL HOSPITAL, UNITED HEALTH CARE INSURANCE COMPANY and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No.: C 07 3639 EDL<br><br>**FIRST AMENDED COMPLAINT FOR INDEMNITY, DECLARATORY RELIEF, DAMAGES FOR BREACH OF CONTRACT, FRAUD, BREACH OF THE INSURER'S COVENANT OF GOOD FAITH AND FAIR DEALING, PUNITIVE DAMAGES AND ERISA CLAIMS** |

Plaintiff alleges:

## JURISDICTIONAL ALLEGATIONS

1. Plaintiff Jack Hanna is an individual residing in the County of San Mateo, State of California. Plaintiff was insured at all times mentioned herein under a policy of insurance, policy number 901715891, with defendant United Health Care Insurance Company selling health insurance in California.

2. Defendant city and County of San Francisco and San Francisco General Hospital is a California municipality operating San Francisco General Hospital where Plaintiff received medical treatment.

3. The true names and capacities, whether individual, corporate, associate, co-conspirators, or otherwise, of Defendants Does 1 to 20, inclusive, are currently unknown to Plaintiff who therefore sues those Defendants by fictitious names and will amend his complaint to show the true names and capacities of the Doe Defendants when ascertained. Plaintiff is informed and believes, and therefore alleges, that each of the Doe Defendants is and was legally responsible to Plaintiff for the events, omissions, and happenings alleged herein by way of direct, vicarious or co-conspirator liability.

**OCCURRENCE ALLEGATIONS**

4. At all times mentioned herein Plaintiff was insured by defendant United Healthcare, policy number 901715891 for medical treatment.

5. The policy, among other coverages and agreements provided, included an obligation by United healthcare to pay for medical treatment Plaintiff received on July 17, 2004 at San Francisco General Hospital. The cost of the San Francisco General Hospital treatment was $8,726.00.

6. On July 17, 2004, the United Health Care policy was in force but United Health Care has refused and continues to refuse to pay the medical bill Plaintiff incurred at San Francisco General Hospital on that date.

7. Both Plaintiff and the San Francisco General have tendered the medical bill to United Health Care. United Health Care has based its refusal to pay the medical bill on an alleged policy provision stating that the medical bill must be presented to it within one year of it being incurred.

8. Plaintiff provided San Francisco General with his United Health Care insurance card when he was a patient there on July 17, 2004. Plaintiff does not know if or why San Francisco General, if it did not, failed, if fail it did, to present his medical bill to United Health Care within the one-year time.

9. Plaintiff did not actually know of, and had no constructive knowledge or notice and opportunity to investigate and remedy, the dispute between San Francisco General and United Health Care until after the one-year time period in which to present the medical bill to United Health Care had already expired.

## DAMAGES ALLEGATIONS

10. Plaintiff hereby re-alleges and incorporates by reference herein as if fully set forth, Paragraphs 1 through 9 of this Complaint.

11. Plaintiff is damaged in the amount of the $8,726.00 San Francisco General medical bill and for all costs and attorneys fees accrued in enforcing his contract rights against Defendants.

12. As a proximate result of the acts of Defendants, Plaintiff was injured in his health, strength and activity, sustaining injury to his body and shock and injury to his nervous system and person and, among others, sustained emotional and physical distress, highly unpleasant emotional reactions, including fright, shock, nervousness, anxiety, worry, horror, grief, mortification, humiliation, embarrassment, indignity, apprehension, fear and terror, all of which injuries have caused Plaintiff to suffer extreme and severe physical pain and mental anguish. These injuries will result in some permanent disability to Plaintiff all to his general damages in a sum unknown at this time.

## FIRST CAUSE OF ACTION

## AGAINST CITY AND COUNTY OF SAN FRANCISCO AND SAN FRANCISCO GENERAL HOSPITAL FOR BREACH OF CONTRACT

13. Plaintiff re-alleges and incorporates by reference each and every allegations made in paragraphs 1 through 11, inclusive.

14. Defendants have breached the policy of insurance by declining to provide Plaintiff benefits under the policy.

15. Plaintiff has performed all tasks required of him pursuant to the contract.

16. Beginning after July 17, 2005 and repeatedly thereafter Defendants have further breached the contract of insurance by refusing Plaintiffs' repeated tenders and demands for benefits under the policy.

///

///

///

**SECOND CAUSE OF ACTION**

**AGAINST CITY AND COUNTY OF SAN FRANCISCO**

**FOR BAD FAITH AND PUNITIVE DAMAGES**

17. Plaintiff re-alleges and incorporates by reference each and every allegations made in paragraphs 1 through 16, inclusive.

18. In acting as alleged, Defendants, and each of them have unreasonably withheld from Plaintiff the benefits of the insurance policy without proper cause. Defendants, and each of them, have thereby breached the implied covenant with Plaintiff to act fairly and to deal in good faith. By reason of said breach, Plaintiff has incurred attorney's fees and litigation costs necessary to prove that he is entitled to coverage under the policy.

19. The unreasonable withholding of Plaintiff's benefits under the policy without proper cause, as described, is based on Defendant's refusal to provide Plaintiff benefits under the policy for some reason unknown to Plaintiff. Defendants have been informed repeatedly of the occurrences and tender for policy benefits under the policy and have unreasonably continued to refuse Plaintiff benefits to which he is entitled.

20. In acting as alleged, Defendants, and each of them, have engaged in conduct which is malicious, fraudulent, despicable, willful, oppressive, reckless and in conscious disregard of the rights of Plaintiff so as to justify the award of exemplary and punitive damages against Defendants.

**THIRD CAUSE OF ACTION**

**AGAINST CITY AND COUNTY OF SAN FRANCISCO**

**AND SAN FRANCISCO GENERAL HOSPITAL**

**FOR NEGLIGENT MISREPRESENTATION AND CONCEALMENT**

21. Plaintiff hereby re-alleges and incorporates by reference herein as if fully set forth, Paragraphs 1 through 20 of this Complaint.

///

///

///

22. Defendant San Francisco General failed to comply with United Health Care policy provision that its medical bill be presented within one year. Defendant San Francisco General Hospital had superior knowledge and ability and information of health care insurer occurs billing requirements.

23. Plaintiff had no knowledge or reason to know of the one-year billing requirement. Plaintiff reasonably relied upon Defendant San Francisco General Hospital's express and/or implied representation that it would present the billing to United Health Care in compliance with the provisions of the policy.

24. Defendant San Francisco General Hospital misrepresented, concealed or suppressed from Plaintiff the above alleged material facts that it was bound to disclose. Defendant San Francisco General instead represented to Plaintiff that it would deal directly with United Health Care in billing and receiving payment for Plaintiff's medical treatment there. Defendant San Francisco General Hospital had no reasonable grounds for believing in misrepresentation and concealment was true. Plaintiff did not know the misrepresentations and concealments were false and believed they were true. Plaintiff acted in justifiable reliance upon the truth of the representations.

**FOURTH CAUSE OF ACTION**

**AGAINST CITY AND COUNTY OF SAN FRANCISCO**

**FOR COMMON COUNTS**

25. Plaintiff hereby re-alleges and incorporates by reference herein as if fully set forth, Paragraphs 1 through 24 of this Complaint.

26. Within the last four years Defendant United Health Care became indebted to Plaintiff for money it had and received for the use and benefit of Plaintiff for services rendered to Plaintiff for which Defendant promised to pay in the sum of $8,726.00, said amount being the reasonable value due and unpaid despite Plaintiffs demand, plus prejudgment interest according to proof at the statutory rate.

///

///

**FIFTH CAUSE OF ACTION**

**AGAINST CITY AND COUNTY OF SAN FRANCISCO**

**AND SAN FRANCISCO GENERAL HOSPITAL**

**FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

27. Plaintiff hereby re-alleges and incorporates by reference herein as though fully set forth, paragraphs 1 through 26 of this complaint.

28. Defendants and each of them engaged in conduct that was outrageous and either intended to cause Plaintiff emotional distress or with reckless disregard of the probability that Plaintiff would suffer emotional distress, that Defendants knew or should have known that Plaintiff would suffer emotional distress. Plaintiff did suffer severe emotional distress, still suffers emotional distress. Defendants' conduct was a substantial factor in causing Plaintiffs severe emotional distress.

29. Defendant's conduct was so extreme that it went beyond all possible bounds of decency. A reasonable person in the community would regard the conduct as intolerable in a civilized community.

30. Defendants abused their positions of authority, positions that gave them real and apparent power to affect Plaintiff's and the interests and knew or should have known that their conduct would likely result in emotional and mental harm to Plaintiff.

**SIXTH CAUSE OF ACTION**

**AGAINST CITY AND COUNTY OF SAN FRANCISCO**

**AND SAN FRANCISCO GENERAL HOSPITAL**

**FOR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

31. Plaintiff hereby re-alleges and incorporates by reference herein as though fully set forth, paragraphs 1 through 30 of this complaint.

32. Defendants' conduct was negligent. Plaintiff suffered serious emotional distress due to Plaintiff's conduct. Defendants negligence was a substantial factor in causing Plaintiffs serious emotional distress.

///

**SEVENTH CAUSE OF ACTION**

**AGAINST CITY AND COUNTY OF SAN FRANCISCO AND SAN FRANCISCO GENERAL HOSPITAL AND UNITED HEALTHCARE INSURANCE COMPANY ERRONEOUSLY SUED AS UNITED HEALTHCARE HEALTH INSURANCE COMPANY_FOR DECLARATORY RELIEF**

33. Plaintiff hereby re-alleges and incorporates by reference herein as if fully set forth, Paragraphs 1 through 32 of this Complaint.

34. Plaintiff seeks declaratory relief pursuant to section 1060 of the California Code of Civil Procedure for a judicial determination of the rights and duties of Plaintiff and Defendants with respect to an actual controversy arising under the insurance policy.

35. An actual controversy exists between and among Plaintiff and Defendants concerning their respective rights and obligations as to coverage under the policy.

36. Plaintiff contends and desires a judicial determination and declaration that Defendant United Health Care owes Plaintiff insurance coverage under the policy and have a duty to reimburse Plaintiff for all sums he is paid to establish coverage under the policy.

37. Plaintiff further contends that Defendant San Francisco General failed in its duty to Plaintiff to comply with United Health Care policy requirement that its medical bill be presented within one year. Defendant San Francisco General Hospital had superior knowledge and ability and information of health care insurer occurs billing requirements. Plaintiff had no knowledge or reason to know of the one-year billing requirement. Plaintiff reasonably relied upon Defendant San Francisco General Hospital's express and/or implied representation that it would present the billing to United Health Care in compliance with the provisions of the policy.

38. Plaintiff is informed and believes and on that basis alleges that the contentions of Defendants concerning the parties' respective rights and obligations as to coverage under the policy are in conflict with Plaintiff's contentions and desires a judicial termination of the respective rights and duties and the Court's declaration that the Plaintiff's contentions as set forth above are correct.

///

39. Such a declaration is necessary and proper at this time in order that all parties will be bound by the same interpretation of the insurance policy and may determine their rights and obligations among themselves so as to avoid the multiplicity of legal actions that would otherwise be necessary.

40. By forcing Plaintiff to pursue his insurance coverage through this litigation Defendants have obligated themselves as a matter of law to pay attorney's fees and other expenses incurred by Plaintiff in this action. These expenses are payable in addition to the limits of the policy. Plaintiff will continue to in cover fees and expenses in this action and said it amounts are expected to increase substantially by the time of trial.

**EIGHTH CAUSE OF ACTION**

**FOR ERISA CLAIMS AGAINST UNITED HEALTHCARE INSURANCE COMPANY ERRONEOUSLY SUED AS UNITED HEALTHCARE HEALTH INSURANCE COMPANY**

41. Plaintiff hereby re-alleges and incorporates by reference herein as if fully set forth, Paragraphs 1 through 40 of this Complaint.

42. Plaintiff seeks recovery from United Healthcare Company for benefits allegedly due from his participation in an employee benefit plan as defined in the employee retirement income security act of 1974 (ERISA), 29 USC §1001.

43. ERSIA contains civil enforcement provisions that may be invoked by plan participants or beneficiaries in order to bring certain causes of action into federal court. Causes of action may be brought into federal court to recover benefits, actions for breach of fiduciary duties, suits to enjoin ERISA violations, or to enforce the provisions of the benefit plan.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For general damage from City and County of San Francisco and San Francisco General Hospital;

2. For attorney's fees from date of first tender from City and County of San Francisco and San Francisco General Hospital;

3. For all damages to which plaintiff is entitled under ERISA from United Healthcare Insurance Company ;

4. For costs of suit herein;

5. For interest from date of first tender;

6. For declaratory relief; and

7. For all such other and further relief as the Court may deem proper.

Dated: August 10, 2007

NORMAN NEWHOUSE
Attorney for Plaintiff JACK HANNA

**<u>Hanna v. City of San Francisco, et al.</u>**
U.S.D.C., Northern District, San Francisco Court No.: C 073639 EDL

**PROOF OF SERVICE**
(Business Practice to Entrust Deposit to Others)
(C.C.P. Section 1013a(3))

I, Ana Molina, declare:

I am employed in the County of San Mateo, California. I am over the age of 18 years, and not a party to the within action. My business address is 483 Seaport Court, Suite 103, Redwood City, California 94063.

On the date stated below, at my place of business at Redwood City, California, I caused to be served, in the manner indicated below, the within: **FIRST AMENDED COMPLAINT FOR INDEMNITY, DECLARATORY RELIEF, DAMAGES FOR BREACH OF CONTRACT, FRAUD, BREACH OF THE INSURER'S COVENANT OF GOOD FAITH AND FAIR DEALING, PUNITIVE DAMAGES AND ERISA CLAIMS** on the interested parties in said action by placing true copies thereof, enclosed in a sealed envelope, addressed as follows:

Dennis J. Herrera, Esq.
City Attorney
Joanne Hoeper, Esq.
Chief Trial Deputy
Leonor Noguez, Esq.
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA 94102-5408
Telephone: 415/554-3854
Facsimile: 415/554-3837

Dennis G. Rolstad, Esq.
Jamison R. Narbaitz, Esq.
Sedgwick, Detert, Moran & Arnold, LLP
1 Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone: 415/781-7900
Facsimile: 415/781-2635

David M. Humiston, Esq.
Edward A. Stump, Esq.
Sedgwick, Detert, Moran & Arnold, LLP
801 S. Figueroa Street, 19th Floor
Los Angeles, CA 90017-5556
Telephone: 213/426-6900
Facsimile: 213/426-6921

_X_ (BY REGULAR MAIL) I caused such envelopes with postage thereon fully prepaid to be placed in the U.S. Mail at Redwood City, California.

____ (BY CERTIFIED MAIL-RETURN RECEIPT REQUESTED) I caused such envelopes with postage thereon fully prepaid to be placed in the U.S. Mail at Redwood City, California.

____ (BY FEDERAL EXPRESS OVERNIGHT MAIL) I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

____ (BY PERSONAL DELIVERY) I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

____ (BY FACSIMILE) I served the foregoing documents by facsimile transmission to the number shown above for each interested party, pursuant to California Rules of Court Section 2003(3) and no notice of error was received.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 10, 2007 in the City of Redwood City, County of San Mateo, California.

Ana Molina (signature)
Ana Molina