LAW OFFICE OF NORMAN NEWHOUSE
NORMAN NEWHOUSE, No. 104746
495 Seaport Court, Suite 103
Redwood City, CA 94063
Telephone: 650-365-8534
Facsimile: 650-365-1218

Attorney for Plaintiff
JACK HANNA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACK HANNA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO GENERAL HOSPITAL, UNITED HEALTH CARE HEALTH INSURANCE COMPANY and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No.: C 07 3639 EDL<br><br>**PLAINTIFF'S NOTICE OF FILING AMENDED COMPLAINT IN RESPONSE TO DEFENDANT UNITED HEALTHCARE INSURANCE COMPANY'S MOTION TO DISMISS** |

Plaintiff hereby notifies the Court and all parties that he has filed an amended complaint addressing and, hopefully, resolving, defendant United Healthcare Insurance Company's Motion to Dismiss. A copy of Plaintiff's Amended Complaint is attached hereto as *Exhibit 1* and has been served on all parties and filed with the Court.

Dated: August 10, 2007

NORMAN NEWHOUSE
Attorney for Plaintiff JACK HANNA

**Hanna v. City of San Francisco, et al.**
U.S.D.C., Northern District, San Francisco Court No.: C 073639 EDL

**PROOF OF SERVICE**
(Business Practice to Entrust Deposit to Others)
(C.C.P. Section 1013a(3))

I, Ana Molina, declare:

I am employed in the County of San Mateo, California. I am over the age of 18 years, and not a party to the within action. My business address is 483 Seaport Court, Suite 103, Redwood City, California 94063.

On the date stated below, at my place of business at Redwood City, California, I caused to be served, in the manner indicated below, the within: **PLAINTIFF'S NOTICE OF FILING AMENDED COMPLAINT IN RESPONSE TO DEFENDANT UNITED HEALTHCARE INSURANCE COMPANY'S MOTION TO DISMISS** on the interested parties in said action by placing true copies thereof, enclosed in a sealed envelope, addressed as follows:

Dennis J. Herrera, Esq.
City Attorney
Joanne Hoeper, Esq.
Chief Trial Deputy
Leonor Noguez, Esq.
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA 94102-5408
Telephone: 415/554-3854
Facsimile: 415/554-3837

Dennis G. Rolstad, Esq.
Jamison R. Narbaitz, Esq.
Sedgwick, Detert, Moran & Arnold, LLP
1 Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone: 415/781-7900
Facsimile: 415/781-2635

David M. Humiston, Esq.
Edward A. Stump, Esq.
Sedgwick, Detert, Moran & Arnold, LLP
801 S. Figueroa Street, 19th Floor
Los Angeles, CA 90017-5556
Telephone: 213/426-6900
Facsimile: 213/426-6921

_X_ (BY REGULAR MAIL) I caused such envelopes with postage thereon fully prepaid to be placed in the U.S. Mail at Redwood City, California.

____ (BY CERTIFIED MAIL-RETURN RECEIPT REQUESTED) I caused such envelopes with postage thereon fully prepaid to be placed in the U.S. Mail at Redwood City, California.

____ (BY FEDERAL EXPRESS OVERNIGHT MAIL) I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

____ (BY PERSONAL DELIVERY) I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

____ (BY FACSIMILE) I served the foregoing documents by facsimile transmission to the number shown above for each interested party, pursuant to California Rules of Court Section 2003(3) and no notice of error was received.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on August 10, 2007 in the City of Redwood City, County of San Mateo, California.

Ana Molina
Ana Molina