1  LAW OFFICE OF NORMAN NEWHOUSE
2  NORMAN NEWHOUSE, No. 104746
   495 Seaport Court, Suite 103
3  Redwood City, CA 94063
   Telephone: 650-365-8534
4  Facsimile: 650-365-1218

5  Attorney for Plaintiff
   JACK HANNA

6

7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JACK HANNA,                    )  Case No.: C 07 3639 EDL
12                 Plaintiffs,    )
                                  )  FIRST AMENDED COMPLAINT FOR
13      v.                        )  INDEMNITY, DECLARATORY RELIEF,
                                  )  DAMAGES FOR BREACH OF
14 CITY AND COUNTY OF SAN         )  CONTRACT, FRAUD, BREACH OF THE
   FRANCISCO, SAN FRANCISCO       )  INSURER'S COVENANT OF GOOD
15 GENERAL HOSPITAL, UNITED       )  FAITH AND FAIR DEALING, PUNITIVE
   HEALTH CARE INSURANCE COMPANY  )  DAMAGES AND ERISA CLAIMS
16 and DOES 1 to 20, inclusive,   )
17                                )
                  Defendants.     )
18 _____)

19        Plaintiff alleges:

20

21              JURISDICTIONAL ALLEGATIONS

22        1.    Plaintiff Jack Hanna is an individual residing in the County of San Mateo, State of
23 California. Plaintiff was insured at all times mentioned herein under a policy of insurance, policy
24 number 901715891, with defendant United Health Care Insurance Company selling health insurance
25 in California.
26        2.    Defendant city and County of San Francisco and San Francisco General Hospital is a
27 California municipality operating San Francisco General Hospital where Plaintiff received medical
28 treatment.

First Amended Complaint for Indemnity, Declaratory Relief, Damages for Breach of Contract,
Fraud, Breach of the Insurer's Covenant of Good Faith and Fair Dealing, Punitive Damages and Erisa Claims    1

1    3.    The true names and capacities, whether individual, corporate, associate, co-
2  conspirators, or otherwise, of Defendants Does 1 to 20, inclusive, are currently unknown to Plaintiff
3  who therefore sues those Defendants by fictitious names and will amend his complaint to show the
4  true names and capacities of the Doe Defendants when ascertained. Plaintiff is informed and believes,
5  and therefore alleges, that each of the Doe Defendants is and was legally responsible to Plaintiff for
6  the events, omissions, and happenings alleged herein by way of direct, vicarious or co-conspirator
7  liability.

## OCCURRENCE ALLEGATIONS

9    4.    At all times mentioned herein Plaintiff was insured by defendant United Healthcare,
10  policy number 90171589I for medical treatment.
11    5.    The policy, among other coverages and agreements provided, included an obligation
12  by United healthcare to pay for medical treatment Plaintiff received on July 17, 2004 at San Francisco
13  General Hospital. The cost of the San Francisco General Hospital treatment was $8,726.00.
14    6.    On July 17, 2004, the United Health Care policy was in force but United Health Care
15  has refused and continues to refuse to pay the medical bill Plaintiff incurred at San Francisco General
16  Hospital on that date.
17    7.    Both Plaintiff and the San Francisco General have tendered the medical bill to United
18  Health Care. United Health Care has based its refusal to pay the medical bill on an alleged policy
19  provision stating that the medical bill must be presented to it within one year of it being incurred.
20    8.    Plaintiff provided San Francisco General with his United Health Care insurance card
21  when he was a patient there on July 17, 2004. Plaintiff does not know if or why San Francisco
22  General, if it did not, failed, if it did, to present his medical bill to United Health Care within the
23  one-year time.
24    9.    Plaintiff did not actually know of, and had no constructive knowledge or notice and
25  opportunity to investigate and remedy, the dispute between San Francisco General and United Health
26  Care until after the one-year time period in which to present the medical bill to United Health Care
27  had already expired.
28

First Amended Complaint for Indemnity, Declaratory Relief, Damages for Breach of Contract,
Fraud, Breach of the Insurer's Covenant of Good Faith and Fair Dealing, Punitive Damages and Erisa Claims
                                                                                2

**DAMAGES ALLEGATIONS**

10. Plaintiff hereby re-alleges and incorporates by reference herein as if fully set forth, Paragraphs 1 through 9 of this Complaint.

11. Plaintiff is damaged in the amount of the $8,726.00 San Francisco General medical bill and for all costs and attorneys fees accrued in enforcing his contract rights against Defendants.

12. As a proximate result of the acts of Defendants, Plaintiff was injured in his health, strength and activity, sustaining injury to his body and shock and injury to his nervous system and person and, among others, sustained emotional and physical distress, highly unpleasant emotional reactions, including fright, shock, nervousness, anxiety, worry, horror, grief, mortification, humiliation, embarrassment, indignity, apprehension, fear and terror, all of which injuries have caused Plaintiff to suffer extreme and severe physical pain and mental anguish. These injuries will result in some permanent disability to Plaintiff all to his general damages in a sum unknown at this time.

**FIRST CAUSE OF ACTION**
**AGAINST CITY AND COUNTY OF SAN FRANCISCO**
**AND SAN FRANCISCO GENERAL HOSPITAL**
**FOR BREACH OF CONTRACT**

13. Plaintiff re-alleges and incorporates by reference each and every allegations made in paragraphs 1 through 11, inclusive.

14. Defendants have breached the policy of insurance by declining to provide Plaintiff benefits under the policy.

15. Plaintiff has performed all tasks required of him pursuant to the contract.

16. Beginning after July 17, 2005 and repeatedly thereafter Defendants have further breached the contract of insurance by refusing Plaintiffs' repeated tenders and demands for benefits under the policy.

///
///
///
///

First Amended Complaint for Indemnity, Declaratory Relief, Damages for Breach of Contract, Fraud, Breach of the Insurer's Covenant of Good Faith and Fair Dealing, Punitive Damages and Erisa Claims    3

## SECOND CAUSE OF ACTION
## AGAINST CITY AND COUNTY OF SAN FRANCISCO
## FOR BAD FAITH AND PUNITIVE DAMAGES

17.  Plaintiff re-alleges and incorporates by reference each and every allegations made in paragraphs 1 through 16, inclusive.

18.  In acting as alleged, Defendants, and each of them have unreasonably withheld from Plaintiff the benefits of the insurance policy without proper cause. Defendants, and each of them, have thereby breached the implied covenant with Plaintiff to act fairly and to deal in good faith. By reason of said breach, Plaintiff has incurred attorney's fees and litigation costs necessary to prove that he is entitled to coverage under the policy.

19.  The unreasonable withholding of Plaintiff's benefits under the policy without proper cause, as described, is based on Defendant's refusal to provide Plaintiff benefits under the policy for some reason unknown to Plaintiff. Defendants have been informed repeatedly of the occurrences and tender for policy benefits under the policy and have unreasonably continued to refuse Plaintiff benefits to which he is entitled.

20.  In acting as alleged, Defendants, and each of them, have engaged in conduct which is malicious, fraudulent, despicable, willful, oppressive, reckless and in conscious disregard of the rights of Plaintiff so as to justify the award of exemplary and punitive damages against Defendants.

## THIRD CAUSE OF ACTION
## AGAINST CITY AND COUNTY OF SAN FRANCISCO
## AND SAN FRANCISCO GENERAL HOSPITAL
## FOR NEGLIGENT MISREPRESENTATION AND CONCEALMENT

21.  Plaintiff hereby re-alleges and incorporates by reference herein as if fully set forth, Paragraphs 1 through 20 of this Complaint.

///
///
///

First Amended Complaint for Indemnity, Declaratory Relief, Damages for Breach of Contract, Fraud, Breach of the Insurer's Covenant of Good Faith and Fair Dealing, Punitive Damages and Erisa Claims

4

1   22.     Defendant San Francisco General failed to comply with United Health Care policy
2   provision that its medical bill be presented within one year. Defendant San Francisco General
3   Hospital had superior knowledge and ability and information of health care insurer occurs billing
4   requirements.
5       23.     Plaintiff had no knowledge or reason to know of the one-year billing requirement.
6   Plaintiff reasonably relied upon Defendant San Francisco General Hospital's express and/or implied
7   representation that it would present the billing to United Health Care in compliance with the
8   provisions of the policy.
9       24.     Defendant San Francisco General Hospital misrepresented, concealed or suppressed
10  from Plaintiff the above alleged material facts that it was bound to disclose. Defendant San Francisco
11  General instead represented to Plaintiff that it would deal directly with United Health Care in billing
12  and receiving payment for Plaintiff's medical treatment there. Defendant San Francisco General
13  Hospital had no reasonable grounds for believing its misrepresentation and concealment was true.
14  Plaintiff did not know the misrepresentations and concealments were false and believed they were
15  true. Plaintiff acted in justifiable reliance upon the truth of the representations.

16                          **FOURTH CAUSE OF ACTION**
17                   **AGAINST CITY AND COUNTY OF SAN FRANCISCO**
18                              **FOR COMMON COUNTS**
19      25.     Plaintiff hereby re-alleges and incorporates by reference herein as if fully set forth,
20  Paragraphs 1 through 24 of this Complaint.
21      26.     Within the last four years Defendant United Health Care became indebted to Plaintiff
22  for money it had and received for the use and benefit of Plaintiff for services rendered to Plaintiff for
23  which Defendant promised to pay in the sum of $8,726.00, said amount being the reasonable value
24  due and unpaid despite Plaintiff's demand, plus prejudgment interest according to proof at the
25  statutory rate.
26  ///
27  ///
28

First Amended Complaint for Indemnity, Declaratory Relief, Damages for Breach of Contract, Fraud, Breach of the Insurer's Covenant of Good Faith and Fair Dealing, Punitive Damages and Erisa Claims       5

## FIFTH CAUSE OF ACTION
## AGAINST CITY AND COUNTY OF SAN FRANCISCO
## AND SAN FRANCISCO GENERAL HOSPITAL
## FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

27.  Plaintiff hereby re-alleges and incorporates by reference herein as though fully set forth, paragraphs 1 through 26 of this complaint.

28.  Defendants and each of them engaged in conduct that was outrageous and either intended to cause Plaintiff emotional distress or with reckless disregard of the probability that Plaintiff would suffer emotional distress, that Defendants knew or should have known that Plaintiff would suffer emotional distress. Plaintiff did suffer severe emotional distress, still suffers emotional distress. Defendants' conduct was a substantial factor in causing Plaintiff's severe emotional distress.

29.  Defendant's conduct was so extreme that it went beyond all possible bounds of decency. A reasonable person in the community would regard the conduct as intolerable in a civilized community.

30.  Defendants abused their positions of authority, positions that gave them real and apparent power to affect Plaintiff's and the interests and knew or should have known that their conduct would likely result in emotional and mental harm to Plaintiff.

## SIXTH CAUSE OF ACTION
## AGAINST CITY AND COUNTY OF SAN FRANCISCO
## AND SAN FRANCISCO GENERAL HOSPITAL
## FOR NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

31.  Plaintiff hereby re-alleges and incorporates by reference herein as though fully set forth, paragraphs 1 through 30 of this complaint.

32.  Defendants' conduct was negligent. Plaintiff suffered serious emotional distress due to Plaintiff's conduct. Defendants negligence was a substantial factor in causing Plaintiff's serious emotional distress.

///

First Amended Complaint for Indemnity, Declaratory Relief, Damages for Breach of Contract, Fraud, Breach of the Insurer's Covenant of Good Faith and Fair Dealing, Punitive Damages and Erisa Claims       6

## SEVENTH CAUSE OF ACTION
## AGAINST CITY AND COUNTY OF SAN FRANCISCO
## AND SAN FRANCISCO GENERAL HOSPITAL AND UNITED HEALTHCARE
## INSURANCE COMPANY ERRONEOUSLY SUED AS UNITED HEALTHCARE
## HEALTH INSURANCE COMPANY FOR DECLARATORY RELIEF

33. Plaintiff hereby re-alleges and incorporates by reference herein as if fully set forth, Paragraphs 1 through 32 of this Complaint.

34. Plaintiff seeks declaratory relief pursuant to section 1060 of the California Code of Civil Procedure for a judicial determination of the rights and duties of Plaintiff and Defendants with respect to an actual controversy arising under the insurance policy.

35. An actual controversy exists between and among Plaintiff and Defendants concerning their respective rights and obligations as to coverage under the policy.

36. Plaintiff contends and desires a judicial determination and declaration that Defendant United Health Care owes Plaintiff insurance coverage under the policy and have a duty to reimburse Plaintiff for all sums he is paid to establish coverage under the policy.

37. Plaintiff further contends that Defendant San Francisco General failed in its duty to Plaintiff to comply with United Health Care policy requirement that its medical bill be presented within one year. Defendant San Francisco General Hospital had superior knowledge and ability and information of health care insurer billing requirements. Plaintiff had no knowledge or reason to know of the one-year billing requirement. Plaintiff reasonably relied upon Defendant San Francisco General Hospital's express and/or implied representation that it would present the billing to United Health Care in compliance with the provisions of the policy.

38. Plaintiff is informed and believes and on that basis alleges that the contentions of Defendants concerning the parties' respective rights and obligations as to coverage under the policy are in conflict with Plaintiff's contentions and desires a judicial termination of the respective rights and duties and the Court's declaration that the Plaintiff's contentions as set forth above are correct.

///

First Amended Complaint for Indemnity, Declaratory Relief, Damages for Breach of Contract, Fraud, Breach of the Insurer's Covenant of Good Faith and Fair Dealing, Punitive Damages and Erisa Claims

7

1      39.    Such a declaration is necessary and proper at this time in order that all parties will be bound by the same interpretation of the insurance policy and may determine their rights and obligations among themselves so as to avoid the multiplicity of legal actions that would otherwise be necessary.

     40.    By forcing Plaintiff to pursue his insurance coverage through this litigation Defendants have obligated themselves as a matter of law to pay attorney's fees and other expenses incurred by Plaintiff in this action. These expenses are payable in addition to the limits of the policy. Plaintiff will continue to incur fees and expenses in this action and said it amounts are expected to increase substantially by the time of trial.

## EIGHTH CAUSE OF ACTION
## FOR ERISA CLAIMS AGAINST UNITED HEALTHCARE INSURANCE COMPANY ERRONEOUSLY SUED AS UNITED HEALTHCARE HEALTH INSURANCE COMPANY

     41.    Plaintiff hereby re-alleges and incorporates by reference herein as if fully set forth, Paragraphs 1 through 40 of this Complaint.

     42.    Plaintiff seeks recovery from United Healthcare Company for benefits allegedly due from his participation in an employee benefit plan as defined in the employee retirement income security act of 1974 (ERISA), 29 USC §1001.

     43.    ERISA contains civil enforcement provisions that may be invoked by plan participants or beneficiaries in order to bring certain causes of action into federal court. Causes of action may be brought into federal court to recover benefits, actions for breach of fiduciary duties, suits to enjoin ERISA violations, or to enforce the provisions of the benefit plan.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1.    For general damage from City and County of San Francisco and San Francisco General Hospital.

2.    For attorney's fees from date of first tender from City and County of San Francisco and San Francisco General Hospital.

---

First Amended Complaint for Indemnity, Declaratory Relief, Damages for Breach of Contract, Fraud, Breach of the Insurer's Covenant of Good Faith and Fair Dealing, Punitive Damages and Erisa Claims     8

3. For all damages to which plaintiff is entitled under ERISA from United Healthcare Insurance Company ;

4. For costs of suit herein;

5. For interest from date of first tender;

6. For declaratory relief; and

7. For all such other and further relief as the Court may deem proper.

Dated: August 10, 2007

NORMAN NEWHOUSE
Attorney for Plaintiff JACK HANNA

1  **Hanna v. City of San Francisco, et al.**
2  U.S.D.C., Northern District, San Francisco Court No.: C 073639 EDL
3  **PROOF OF SERVICE**
4  (Business Practice to Entrust Deposit to Others)
   (C.C.P. Section 1013a(3))
5  I, Ana Molina, declare:
   I am employed in the County of San Mateo, California. I am over the age of 18 years, and not
6  a party to the within action. My business address is 483 Seaport Court, Suite 103, Redwood City,
   California 94063.
7  On the date stated below, at my place of business at Redwood City, California, I caused to be
   served, in the manner indicated below, the within **FIRST AMENDED COMPLAINT FOR**
8  **INDEMNITY, DECLARATORY RELIEF, DAMAGES FOR BREACH OF CONTRACT,**
   **FRAUD, BREACH OF THE INSURER'S COVENANT OF GOOD FAITH AND FAIR**
9  **DEALING, PUNITIVE DAMAGES AND ERISA CLAIMS** on the interested parties in said action
   by placing true copies thereof, enclosed in a sealed envelope, addressed as follows:
10  Dennis J. Herrera, Esq.
    Dennis G. Rolstad, Esq.
11  City Attorney
    Jamison R. Narbaitz, Esq.
    Joanne Hoeper, Esq.
    Sedgwick, Detert, Moran & Arnold, LLP
12  Chief Trial Deputy
    1 Market Plaza
    Leonor Noguez, Esq.
    Steuart Tower, 8th Floor
13  Deputy City Attorney
    San Francisco, CA 94105
    Fox Plaza
    Telephone: 415/781-7900
14  1390 Market Street, Sixth Floor
    Facsimile: 415/781-2635
    San Francisco, CA 94102-5408
15  Telephone: 415/554-3854
    Facsimile: 415/554-3837
16  David M. Humiston, Esq.
    Edward A. Stump, Esq.
17  Sedgwick, Detert, Moran & Arnold, LLP
    801 S. Figueroa Street, 19th Floor
18  Los Angeles, CA 90017-5556
    Telephone: 213/426-6900
19  Facsimile: 213/426-6921

20  X  (BY REGULAR MAIL) I caused such envelopes with postage thereon fully prepaid to be placed
       in the U.S. Mail at Redwood City, California.
21     (BY CERTIFIED MAIL-RETURN RECEIPT REQUESTED) I caused such envelopes with
22     postage thereon fully prepaid to be placed in the U.S. Mail at Redwood City, California.
23     (BY FEDERAL EXPRESS OVERNIGHT MAIL) I caused such envelope(s) to be delivered by
       hand to the office(s) of the addressee(s).
24     (BY PERSONAL DELIVERY) I caused such envelope(s) to be delivered by hand to the office(s)
       of the addressee(s).
25     (BY FACSIMILE) I served the foregoing documents by facsimile transmission to the number
26     shown above for each interested party, pursuant to California Rules of Court Section 2003(3) and
       no notice of error was received.
27
    I declare under penalty of perjury under the laws of the State of California that the foregoing is
28  true and correct.  Executed on August 10, 2007 in the City of Redwood City, County of San Mateo,
    California.

                                                          /s/ Ana Molina
                                                          Ana Molina

1  Proof of Service