**UNITED STATES DISTRICT COURT**

**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
——————
www.cand.uscourts.gov

Richard W. Wieking                                                                    General Court Number
Clerk                                                                                              415.522.2000

**August 20, 2007**

**CASE NUMBER:  CV 07-03639 EDL**
**CASE TITLE:  JACK HANNA-v-CITY & COUNTY OF SAN FRANCISCO**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Charles R. Breyer** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 8/20/07


FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                    Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                                     Entered in Computer 8/20/07ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                          Transferor CSA