**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK HANNA, | No. C 07-03639 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| CITY & COUNTY OF SAN FRANCISCO, | |
| Defendant. / | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, October 26, 2007 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 22, 2007                                    FOR THE COURT,

                                                          Richard W. Wieking, Clerk
                                                          By: _____
                                                               Barbara Espinoza
                                                               Courtroom Deputy