DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
LEONOR NOGUEZ, State Bar #152905
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3854
Facsimile:     (415) 554-3837
E-Mail:        leonor.noguez@sfgov.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK HANNA,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO GENERAL HOSPITAL; UNITED HEALTH CARE HEALTH INSURANCE COMPANY; and does 1-25, inclusive,<br><br>          Defendants. | Case No. C 07-3639 CRB<br><br>DEFENDANT CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO GENERAL HOSPITAL'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER FRCP 12(b)(6)<br><br>Hearing Date:     October 5, 2007<br>Hearing Judge:    Hon. Charles R. Breyer<br>Time:             10:00 a.m.<br>Place:            Courtroom 8<br><br>Trial Date:       None |

     Pursuant to Federal Rule of Evidence 201, defendant City and County of San Francisco requests this Court to take judicial notice of the following pleadings in San Francisco Superior Court Number 463-743 (CGC-07-463-743):

**Exhibit A:**    Notice of Motion and Memorandum of Points and Authorities in Support of Defendant City and County of San Francisco, San Francisco General Hospital's Demurrer filed in San

1  Francisco Superior Court on July 16, 2007; in the matter of Jack Hanna v. City and County of San
2  Francisco, San Francisco General Hospital, United Health Care Health Insurance Company;
3  Declaration of Matthew Rothschild in Support of Demurrer by Defendants City and County of San
4  Francisco and San Francisco General Hospital; Declaration of Leonor Noguez in Support of
5  Demurrer by Defendants City and County of San Francisco and San Francisco General Hospital.

6  Dated:  August 23, 2007

                                        DENNIS J. HERRERA
                                        City Attorney
                                        JOANNE HOEPER
                                        Chief Trial Deputy


                           By: */s/Leonor Noguez*
                                     LEONOR NOGUEZ
                                     Deputy City Attorney

                                     Attorneys for Defendant
                                     CITY AND COUNTY OF SAN FRANCISCO