DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
LEONOR NOGUEZ, State Bar #152905
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3854
Facsimile:    (415) 554-3837
E-Mail:       leonor.noguez@sfgov.org

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK HANNA,<br><br>        Plaintiff,<br><br>   vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO GENERAL HOSPITAL; UNITED HEALTH CARE HEALTH INSURANCE COMPANY; and does 1-25, inclusive,<br><br>        Defendants. | Case No. C 07-3639 CRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANT CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO GENERAL HOSPITAL'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER FRCP 12(b)(6)<br><br>Hearing Date:    October 5, 2007<br>Hearing Judge:  Hon. Charles R. Breyer<br>Time:             10:00 a.m.<br>Place:            Courtroom 8<br><br>Trial Date:       None |

      Defendant City and County of San Francisco and San Francisco General Hospital's motion to dismiss Plaintiff Jack Hanna's complaint against them under Federal Rule of Civil Procedure 12(b)(6) came on for hearing before this Court on Friday, October 5, 2007. The Honorable Charles R. Breyer, United States District Judge, presiding. Leonor Noguez, Deputy City Attorney, appeared on behalf of Defendant City and County of San Francisco and San Francisco General Hospital. Norman Hewhouse, Esq., appeared on behalf of plaintiff Jack Hanna.

1  Having read and considered the moving papers, the evidence presented and heard the
2  arguments of counsel, the Motion is GRANTED. The Court hereby dismisses all causes of action
3  alleged in Plaintiff Jack Hanna's complaint against the City and County of San Francisco and San
4  Francisco General Hospital under Federal Rules of Civil Procedure 12(b)(6) for failure to state a
5  claim upon which relief can be granted.
6  **IT IS SO ORDERED.**
7  DATED: _____                           _____
8                                                CHARLES R. BREYER
                                                 UNITED STATES DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28