**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JACK HANNA,   No. C 07-3639 CRB

    Plaintiff,   **Clerk's Notice**

v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.
_____/

YOU ARE NOTIFIED THAT the Court has rescheduled the motion (s) currently on calendar for 10:00 a.m. on October 5, 2007 to **2:30 p.m. on Friday, October 5, 2007** before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: September 5, 2007   FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
    Barbara Espinoza
    Courtroom Deputy