CM-200

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Norman Newhouse  (Bar # 104746)<br>Law Office of Norman Newhouse<br>483 Seaport Court, Suite 103, Redwood City, CA 94063<br>TELEPHONE NO.: (650) 365-8534   FAX NO. (Optional): (650) 365-1218<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff Jack Hanna | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco 94102
BRANCH NAME:

PLAINTIFF/PETITIONER: Jack Hanna

DEFENDANT/RESPONDENT: City and County of San Francisco, et al.

**NOTICE OF SETTLEMENT OF ENTIRE CASE**

CASE NUMBER: C 07-03639 EDL
JUDGE:
DEPT.:

### NOTICE TO PLAINTIFF OR OTHER PARTY SEEKING RELIEF

You must file a request for dismissal of the entire case within 45 days after the date of the settlement if the settlement is **unconditional**. You must file a dismissal of the entire case within 45 days after the date specified in item 1b below if the settlement is **conditional**. Unless you file a dismissal within the required time or have shown good cause before the time for dismissal has expired why the case should not be dismissed, the court will dismiss the entire case.

To the court, all parties, and any arbitrator or other court-connected ADR neutral involved in this case:

1. This entire case has been settled. The settlement is:
   a. [X] **Unconditional.** A request for dismissal will be filed within 45 days after the date of the settlement.
      Date of settlement: October 9, 2007
   b. [ ] **Conditional.** The settlement agreement conditions dismissal of this matter on the satisfactory completion of specified terms that are not to be performed within 45 days of the date of the settlement. A request for dismissal will be filed no later than (date):

2. Date initial pleading filed: July 10, 2007

3. Next scheduled hearing or conference:
   a. Purpose: Initial Case Management Conference
   b. [X] (1) Date: October 23, 2007
         (2) Time: 10:00 a.m.
         (3) Department: courtroom E, 15th Floor

4. Trial date:
   a. [X] No trial date set.
   b. [ ] (1) Date:
         (2) Time:
         (3) Department:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: October 10, 2007

Norman Newhouse                                                              ▶ /s/ (SIGNATURE)
(TYPE OR PRINT NAME OF  [X] ATTORNEY  [ ] PARTY WITHOUT ATTORNEY)

---

Form Adopted for Mandatory Use
Judicial Council of California
CM-200 [Rev. January 1, 2007]

**NOTICE OF SETTLEMENT OF ENTIRE CASE**

Page 1 of 2
Cal. Rules of Court, rule 3.1385
www.courtinfo.ca.gov

LexisNexis® Automated California Judicial Council Forms

**Hanna v. City of San Francisco, et al.**
U.S.D.C., Northern District, San Francisco Court No.: C 073639 EDL

**PROOF OF SERVICE**
(Business Practice to Entrust Deposit to Others)
(C.C.P. Section 1013a(3))

I, Ana Molina, declare:

I am employed in the County of San Mateo, California. I am over the age of 18 years, and not a party to the within action. My business address is 483 Seaport Court, Suite 103, Redwood City, California 94063.

On the date stated below, at my place of business at Redwood City, California, I caused to be served, in the manner indicated below, the within: **NOTICE OF SETTLEMENT OF ENTIRE CASE** on the interested parties in said action by placing true copies thereof, enclosed in a sealed envelope, addressed as follows:

Dennis J. Herrera, Esq.
City Attorney
Joanne Hoeper, Esq.
Chief Trial Deputy
Leonor Noguez, Esq.
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA 94102-5408
Telephone: 415/554-3854
Facsimile: 415/554-3837

Dennis G. Rolstad, Esq.
Jamison R. Narbaitz, Esq.
Sedgwick, Detert, Moran & Arnold, LLP
1 Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone: 415/781-7900
Facsimile: 415/781-2635

David M. Humiston, Esq.
Edward A. Stump, Esq.
Sedgwick, Detert, Moran & Arnold, LLP
801 S. Figueroa Street, 19th Floor
Los Angeles, CA 90017-5556
Telephone: 213/426-6900
Facsimile: 213/426-6921

_X_ (BY REGULAR MAIL) I caused such envelopes with postage thereon fully prepaid to be placed in the U.S. Mail at Redwood City, California.

____ (BY CERTIFIED MAIL-RETURN RECEIPT REQUESTED) I caused such envelopes with postage thereon fully prepaid to be placed in the U.S. Mail at Redwood City, California.

____ (BY FEDERAL EXPRESS OVERNIGHT MAIL) I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

____ (BY PERSONAL DELIVERY) I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

_X_ (BY FACSIMILE) I served the foregoing documents by facsimile transmission to the number shown above for each interested party, pursuant to California Rules of Court Section 2003(3) and no notice of error was received.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on October 10, 2007 in the City of Redwood City, County of San Mateo, California.

_____
Ana Molina

Proof of Service                                                                                                 1